IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JAMES BURBRIDGE,  )<br>         Petitioner,  )<br>                            )<br>   vs.                      )<br>                            )<br>ARNOLD SCHWARZENEGGER,       )<br>                            )<br>         Respondent.         )<br>_____) | No. C 06-6000 JSW (PR)<br><br><br>**TRANSFER ORDER**<br><br>(Docket No. 3) |

      Petitioner, a prisoner incarcerated at Salinas Valley State Prison in Soledad, California, has filed a petition for a writ of habeas corpus seeking review of his criminal conviction from San Bernardino County, which lies within the venue of the Central District of California.  *See* 28 USC § 84(b).  The matter was transferred to this Court from the United States District Court for the District of Columbia on September 27, 2006 (docket no. 1).

      Venue is proper in a habeas action in either the district of conviction or the district of confinement, *see id* § 2241(d).  However, federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction.  *See Dannenberg v. Ingle*, 831 F. Supp. 767, 767 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

      Therefore, the Court ORDERS that pursuant to 28 USC § 1404(a) and Habeas LR 2254-3(b), and in the interest of justice, the Clerk of the Court shall TRANSFER this matter to the United States District Court for the Central District of California.  In light

of the transfer, the Court will not resolve the pending motion seeking *in forma pauperis* status (docket no. 3).

      IT IS SO ORDERED.

DATED:   02/06/07

                              JEFFREY S. WHITE
                              United States District Judge